IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COALITION FOR EDUCATION REFORM, M.M., an adult, on behalf of J.W., a minor, F.C., an adult, on behalf of F.D., a minor, T.D., an adult, J.R., an adult, and D.N., an adult,<br><br>    Plaintiffs,<br><br>  v.<br><br>INDIAN RIVER SCHOOL DISTRICT,<br><br>    Defendant. | Civil Action No. 16-cv-00885-RGA<br>Judge Richard G. Andrews |

## JOINT STATUS LETTER

Pursuant to the Court's Order of April 9, 2018, Plaintiffs, Coalition for Educational Reform et al. ("Plaintiffs") and Defendant, the Indian River School District ("Defendant"), jointly file the instant Joint Status Letter addressing the Parties' progress towards achieving a settlement of the above-captioned case.

On September 9, 2017, this Court entered a Stipulation and Order suspending discovery in this action and otherwise placing all deadlines in abeyance, pending the Parties' proposed exchange of expert reports assessing the practices and policies of the George Washington Carver Academy. Thereafter, each Party retained their own expert; each expert conducted their own review of the George Washington Carver Academy; and each expert prepared a separate report. These reports were exchanged by the Parties on March 30, 2018. This exchange was followed by an initial meet-and-confer in Wilmington, Delaware on April 3, 2018, at which each Party's respective expert provided an oral presentation of their findings, and responded to questions from

counsel for the opposing Party.  After additional time for counsel to confer with their respective clients, the Parties anticipate meeting in May 2018 to further discuss the experts' respective findings, and the possibility of a negotiated resolution to this action.  Accordingly, continued suspension of proceedings is respectfully requested to afford the opportunity to further pursue settlement in this matter.

    Respectfully submitted,

By: */s/ Christopher P. Simon*
    Christopher P. Simon (#3697)
    1105 North Market Street, Suite 901
    Wilmington, DE 19801
    302-777-4200 Ext. 102
    *Attorney for Plaintiffs*

Of Counsel:

Tom McDonald, Esquire
Baker & Hostetler LLP
1050 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036

Carl W. Hittinger, Esquire
Baker & Hostetler LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104

Erika K. Thomas, Esquire
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111-0100

By: */s/ Allyson Britton DiRocco*
    David H. Williams (#616)
    James H. McMackin, III (#4284)
    Allyson Britton DiRocco (#4830)
    500 Delaware A venue, Suite 1500
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6800
    *dwilliams@morrisjames.com*
    *jmcmackin@morrisjames.com*
    *adirocco@morrisjames.com*
    Attorneys for Defendant Indian River School District